UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 23249
    RUSSELL J CARROLL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1895
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/11/07 and confirmed on 03/13/08.

2. The case was dismissed after confirmation, 10/10/2008.

3. The Debtor paid a total of $ 4005.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | .00 | .00 | .00 |
| FIRST TENNESSEE BANK | SECURED | .00 | .00 | .00 |
| FIRST TENNESSEE BANK | MORTGAGE ARRE | 1552.64 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 7668.04 | 223.38 | 904.73 |
| BANK OF AMERICA | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1659.11 | .00 | .00 |
| CARDINAL SLEEP CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6729.75 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 2995.97 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2261.01 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2653.42 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3684.54 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1397.23 | .00 | .00 |
| US ENERGY SAVINGS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1359.32 | .00 | .00 |
| DELORES CLARK | CHILD SUPPORT | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 369.52 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 4073.37 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9220.68 | .00 | 27183.24 | .00 | 36403.92 |
| PRINCIPAL PAID | 904.73 | .00 | .00 | .00 | 904.73 |

```
INTEREST PAID                223.38          .00          .00          .00       223.38
TOTAL PAID                  1128.11          .00          .00          .00      1128.11
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3500.00
and was paid $     500.00   direct and $    2644.59   through the plan.

The Trustee received $     232.30 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE